No. 2657. ROJAS, APELANTE, v. TEXAS OIL COMPANY, APELADA.—Corte de Distrito de San Juan, Sección Primera. Resuelto en febrero 7, 1922. Apareciendo de la moción jurada, que vencida la prórroga concedida por la corte infe-

rior la exposición del caso no se ha presentado y no se ha radicado en tiempo el transcript en esta corte, se declara con lugar y se desestima la apelación.